1  ROBERT T. SULLWOLD (SBN 88139)
   JAMES A. HUGHES (SBN 88380)
2  SULLWOLD & HUGHES
   235 Montgomery Street, Suite 730
3  San Francisco, California 94104
   (415) 263-1850
4  (415) 989-9798 FAX

5  DEBORAH K. MILLER (SBN 95527)
   JEFFREY S. ROSS (SBN 138172)
6  ORACLE AMERICA, INC.
   500 Oracle Parkway, 7th Floor
7  Redwood Shores, California 94065
   (650) 506-5200
8  (650) 506-7114 FAX

9  Attorneys for Plaintiff Oracle America, Inc.

10

11 WILLIAM J. GOINES (SBN: 61290)
   ALICE Y. CHU (SBN: 264990)
12 GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
13 East Palo Alto, California 94303
   Telephone: (650) 328-8500
14 Facsimile: (650) 328-8508

15 Attorneys for Defendant Multis Limited

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                          SAN JOSE DIVISION

20 ORACLE AMERICA, INC.,                    Case No.: 5-10-cv-05066- EJD

21                    Plaintiff,            STIPULATION AND [PROPOSED] ORDER OF
                                            DISMISSAL WITH PREJUDICE PURSUANT
22        v.                                TO RULE 41(a)

23 MULTIS, LIMITED,

24                    Defendants.

25

26        Pursuant to Federal Rule of Civil Procedure 41(a) and the parties' settlement agreement

27 effective July 26, 2011, the parties, by and through their respective undersigned attorneys, stipulate as

28 follows:

                                              1

1        1.  The Complaint filed by Oracle America, Inc. and each and every claim set forth

2 therein shall be dismissed with prejudice.

3        2.  Each party waives any and all rights to recover costs and attorneys' fees from the

4 other party.

5        SO STIPULATED.

6 DATED:  August 10, 2011        JAMES A. HUGHES
        SULLWOLD & HUGHES

7

8
        By: _____ /S/ James A. Hughes _____
9        James A. Hughes
        Attorneys for Plaintiff
10        ORACLE AMERICA, INC.

11 DATED:  August 10, 2011        GREENBERG TRAURIG, LLP

12

13        By: _____
14        Alice Y. Chu, Attorneys for
        Defendant Multis, Limited

15

16 *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the*

17 *signatories' concurrence in the filing of this document has been obtained.*

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

The parties to this action having so stipulated;

IT IS ORDERED:

(1) The Complaint filed by Oracle America, Inc. is hereby DISMISSED WITH PREJUDICE.

(2) Each party to this action shall bear its own costs and attorneys' fees.

(3) The Clerk shall close this file.

Dated: August 17, 2011

Hon. Edward J. Davila
United States District Judge

3